## LANCASTER v. MAPLE ST. HOMEOWNERS ASS'N

[357 N.C. 571 (2003)]

CAROLYN AVERITT LANCASTER, CHARLES S. FOX, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF CORNELIA AVERITT FOX, DECEASED, JANE GREGG DERBY, SABRA GREGG CAMPBELL AND MARY MAC GREGG WILKINSON v. MAPLE STREET HOMEOWNERS ASSOCIATION, INC., A NONPROFIT NORTH CAROLINA CORPORATION

No. 206A03

(Filed 7 November 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 156 N.C. App. 429, 577 S.E.2d 365 (2003), ordering a new trial after appeal of judgment entered 14 August 2001 by Judge Dexter Brooks in Superior Court, Columbus County. Heard in the Supreme Court 16 October 2003.

*Mitchell, Brewer, Richardson, Adams, Burge & Boughman, by Ronnie M. Mitchell and Coy E. Brewer, Jr., for plaintiffs-appellants.*

*Michael W. Willis; and Ward and Smith, P.A., by Kenneth R. Wooten and Hugh R. Overholt, for defendant-appellee.*

PER CURIAM.

AFFIRMED.

Justice BRADY did not participate in the consideration or decision of this case.